**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Steven Charles PATTERSON, Defendant—Appellant.**

No. 12–6720.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 9, 2012.

Decided: Aug. 14, 2012.

Steven Charles Patterson, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Charles Patterson appeals the district court's order granting his motion pursuant to 18 U.S.C. § 3582 (2006) for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Patterson*, No. 1:08–cr–00010–MR–4 (W.D.N.C. Apr. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*